**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 23, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00897-CV

## IN RE GEOMETRICA, INC. AND FRANCISCO CASTANO, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. C-2012-72825**

## MEMORANDUM OPINION

On October 15, 2013, relators Geometrica, Inc. and Francisco Castano filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable R.K. Sandill, presiding judge of the 127th District Court of Harris County, to set aside his August 7, 2013 order denying their motion to dismiss under forum-selection clause and motion to dismiss for forum non conveniens.

Relators have not established their entitlement to the extraordinary remedy of mandamus. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices McCally, Busby, and Wise.